# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-22-00123-CV

**S. S., Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

### FROM THE 274TH DISTRICT COURT OF COMAL COUNTY
### NO. C2020-0752C, THE HONORABLE RANDAL C. GRAY, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Appellant S. S. filed his notice of appeal on March 9, 2022. The appellate record was complete on March 25, 2022, making appellant's brief due on April 18, 2022. On April 14, 2022, counsel for appellant filed a motion for extension of time to file appellant's brief.

The rules of judicial administration accelerate the final disposition of appeals from suits for termination of parental rights. *See* Tex. R. Jud. Admin. 6.2(a) (providing 180 days for court's final disposition). The accelerated schedule constrains this Court's leeway in granting extensions. In this instance, we will grant the motion and order Terry Wesley Baker to file appellant's brief no later than May 9, 2022. If the brief is not filed by that date, counsel may be required to show cause why he should not be held in contempt of court.

It is ordered on April 27, 2022.

Before Chief Justice Byrne, Justices Kelly and Smith